RECEIVED
IN ALEXANDRIA, LA.

OCT 29 2013

TONY R. MOORE, CLERK
_____
        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

---

SANAT V. SANGHANI                                   CIVIL ACTION NO. 12-631

VERSUS                                                        JUDGE TRIMBLE

AETNA HEALTH INS. CO.                              MAGISTRATE JUDGE KIRK

---

## JUDGMENT

For the reasons contained in the report and recommendation of the magistrate judge previously filed herein,[1] noting the absence of objections thereto, and concurring with the finding of the magistrate judge under applicable law; it is hereby

**ORDERED, ADJUDGED** and **DECREED** that plaintiff's appeal is **DENIED** and **DISMISSED**.

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana this 29th day of October, 2013.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

---

[1] R. 27.